1  BRIAN D. BOYLE (S.B. #126576)
2  bboyle@omm.com
   O'MELVENY & MYERS LLP
3  1625 Eye Street, NW
   Washington, DC  20006
4  Telephone:     (202) 383-5300
   Facsimile:     (202) 383-5414
5
6  CATALINA J. VERGARA (S.B. #223775)
   cvergara@omm.com
7  O'MELVENY & MYERS LLP
   400 South Hope Street
8  Los Angeles, CA  90071-2899
   Telephone:     (213) 430-6000
9  Facsimile:     (213) 430-6407

10 Attorneys for Defendants

11 [Additional counsel listed below]

12

13            UNITED STATES DISTRICT COURT
14            NORTHERN DISTRICT OF CALIFORNIA
                    OAKLAND DIVISION
15

16 MARLON H. CRYER, individually and on          | **Lead Case No. 4:16-cv-04265-CW**
17 behalf of a class of all others similarly situated,   [Consolidated with Case No. 4:17-cv-
   and on behalf of the Franklin Templeton 401(k)   06409-CW]
18 Retirement Plan,
                                                     **NOTICE OF SETTLEMENT AND**
19                                                   **JOINT STIPULATION AND**
                     Plaintiffs,                     **ORDER TO STAY**
20                                                   **PRE-TRIAL AND TRIAL**
                                                     **DEADLINES**
21        v.

22 FRANKLIN RESOURCES, INC., the Franklin        Judge:      Hon. Claudia Wilken
   Templeton 401(k) Retirement Plan Investment    Trial Date:  January 14, 2019
23 Committee, and DOES 1-25,                       Time:       8:30am
                                                   Courtroom:  6, Second Floor
24
                     Defendants.
25

26

27

28

1    Pursuant to Rules 6-1, 6-2, 7-12, and 40-1 of the Civil Local Rules of the United States

2    District Court for the Northern District of California, Plaintiffs and Defendants file this Notice of

3    Settlement and Joint Stipulation to Stay Pre-Trial and Trial Deadlines in the above-captioned case

4    for sixty (60) days.  This filing is made with respect to the following facts and recitals:

5    WHEREAS, the parties have reached an agreement in principle to settle this case;

6    WHEREAS, Plaintiffs anticipate needing 60 days to file a motion for preliminary

7    approval;

8    WHEREAS, the current pre-trial and trial deadlines are as follows:

| Case Activity | Deadline |
|---|---|
| Filing of Final Pretrial Conference Statement; Exhibit Lists and Objections; Pre-Marked Exhibits; Witness Lists; Trial Briefs; Proposed Findings of Fact and Conclusions of Law | December 4, 2018 |
| Final Pre-Trial Conference | December 18, 2018 |
| Offer of Judgment | December 31, 2018 |
| Trial | January 14, 2019 |

18    WHEREAS, the parties have conferred and agreed, subject to the Court's approval, to stay

19    all current pre-trial and trial deadlines for 60 days;

20    WHEREAS, staying all current pre-trial and trial deadlines would avoid potentially

21    unnecessary expenses and fees while the parties finalize their settlement and prepare a motion for

22    preliminary approval;

23    NOW, THEREFORE, by and through the undersigned counsel, the parties stipulate and

24    agree, subject to the Court's approval, that all current pre-trial and trial deadlines should be stayed

25    for 60 days.

26    / / /

27    / / /

28

JOINT STIPULATION AND ORDER
TO STAY PRE-TRIAL AND TRIAL
DEADLINES
4:16-cv-04265-CW

1

IT IS SO STIPULATED.

2

3

Dated: December 6, 2018          BRIAN D. BOYLE

4                                CATALINA J. VERGARA
                                 O'MELVENY & MYERS LLP

5

6                                By: /s/ Catalina J. Vergara

7                                       Catalina J. Vergara

8                                Attorneys for Defendants

9

Dated: December 6, 2018          JOSEPH A. CREITZ

10                               CREITZ & SEREBIN LLP

11                               MARK P. KINDALL

12                               ROBERT A. IZARD
                                 IZARD KINDALL & RAABE LLP

13

14                               GREGORY Y. PORTER
                                 MARK G. BOYKO

15                               BAILEY & GLASSER

16

17                               By: /s/ Gregory Y. Porter

                                        Gregory Y. Porter

18                               Attorneys for Defendants

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND ORDER
TO STAY PRE-TRIAL AND TRIAL
DEADLINES
4:16-cv-04265-CW

1

**ATTESTATION OF FILING**

2

3
Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Catalina J.

Vergara, hereby attest that concurrence in the filing of this Notice of Settlement and Joint

4
Stipulation to Stay Pre-Trial and Trial Deadlines has been obtained from Gregory Y. Porter with

5
conformed signatures above.

6

7
Dated: December 6, 2018                 By: /s/ Catalina J. Vergara

8
                                             Catalina J. Vergara

9
                                        O'MELVENY & MYERS LLP

10
                                        400 S. Hope Street
                                        Los Angeles, CA 90071-2899

11
                                        Telephone:    (213) 430-6000
                                        Facsimile:    (213) 430-6407

12

13

14

15
**ORDER**

16

17
PURSUANT TO STIPULATION, IT IS SO ORDERED.

18

19
Dated: December 7, 2018

20
                                        Honorable Claudia Wilken
                                        United States District Judge

21

22

23

24

25

26

27

28

JOINT STIPULATION AND ORDER
TO STAY PRE-TRIAL AND TRIAL
DEADLINES
4:16-cv-04265-CW