Mark P. Kindall, Cal. Bar No. 138703
mkindall@ikrlaw.com
Robert A. Izard, *pro hac vice*
rizard@ikrlaw.com
IZARD KINDALL & RAABE LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: (860) 493-6292

Gregory Y. Porter, *pro hac vice*
gporter@baileyglasser.com
Mark G. Boyko, *pro hac vice*
mboyko@baileyglasser.com
BAILEY & GLASSER LLP
1055 Thomas Jefferson Street, NW Suite 540
Washington, DC 20007
Telephone: (202) 463-2101

Joseph A. Creitz, Cal. Bar. No. 169552
joe@creitzserebin.com
CREITZ & SEREBIN LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 466-3090

*Attorneys for the Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| MARLON H. CRYER, individually and on behalf of a class of all others similarly situated, and on behalf of the Franklin Templeton 401(k) Retirement Plan,<br><br>Plaintiffs,<br><br>v.<br><br>FRANKLIN RESOURCES, INC., the Franklin Templeton 401(k) Retirement Plan Investment Committee, and DOES 1-25,<br><br>Defendants. | **Lead Case No. 4:16-cv-04265-CW**<br>[Consolidated with Case No. 4:17-cv-06409-CW]<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO ENLARGE STAY OF ALL PRE-TRIAL AND TRIAL DEADLINES**<br><br>Judge:   Hon. Claudia Wilken |

1    Pursuant to Rules 6-1, 6-2, 7-12, and 40-1 of the Civil Local Rules of the United States
2 District Court for the Northern District of California, Plaintiffs and Defendants file this Joint
3 Stipulation to Enlarge Stay of Pre-Trial and Trial Deadlines in the above-captioned case.  This
4 filing is made with respect to the following facts and recitals:
5    WHEREAS, the parties filed a notice on December 6, 2018, informing the Court that they
6 had reached an agreement in principle to settle this case, *see* Dkt. No. 150;
7    WHEREAS, the parties requested a stay of all pre-trial and trial deadlines for sixty (60)
8 days to permit Plaintiffs sufficient time to prepare and file a motion for preliminary approval, *see*
9 *id.*;
10    WHEREAS, the Court granted the parties' stipulation on December 7, 2018, and stayed
11 all pre-trial and trial deadlines for a period of sixty days (i.e., until February 5, 2019), *see* Dkt.
12 151;
13    WHEREAS, the parties have been working diligently to prepare the settlement agreement
14 and associated filings;
15    WHEREAS, the parties have conferred and agreed, subject to the Court's approval, that a
16 short, one-week extension of the current stay is appropriate to permit the parties to finalize the
17 settlement agreement and preliminary approval filings;
18    WHEREAS, enlarging the stay of all current pre-trial and trial deadlines for one week
19 would avoid potentially unnecessary expenses and fees while the parties finalize the settlement
20 agreement and filings;
21    NOW, THEREFORE, by and through the undersigned counsel, the parties stipulate and
22 agree, subject to the Court's approval, that all pre-trial and trial deadlines should be stayed for an
23 additional period of seven (7) days from the end of the current stay (i.e., until February 12, 2019),
24 and that the deadline for Plaintiffs to file their motion for preliminary approval should be
25 extended one week to February 12, 2019.
26 / / /
27 / / /
28 / / /

1  IT IS SO STIPULATED.

3  Dated: February 5, 2018     MARK P. KINDALL
4                              ROBERT A. IZARD
                                IZARD KINDALL & RAABE LLP

                                GREGORY Y. PORTER
                                MARK G. BOYKO
                                BAILEY & GLASSER

                                JOSEPH A. CREITZ
                                CREITZ & SEREBIN LLP

                                By: /s/ *Mark G. Boyko*
                                        Mark G. Boyko

                                Attorneys for Plaintiffs

Dated: February 5, 2018     BRIAN D. BOYLE
                                CATALINA J. VERGARA
                                O'MELVENY & MYERS LLP


                                By: /s/ *Catalina J. Vergara*
                                        Catalina J. Vergara

                                Attorneys for Defendants

**ATTESTATION OF FILING**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Mark G. Boyko, hereby attest that concurrence in the filing of this Joint Stipulation and [Proposed] Order to Enlarge Stay of All Pre-Trial and Trial Deadlines has been obtained from Catalina J. Vergara with conformed signatures above.

Dated: February 5, 2018            By: /s/ *Mark G. Boyko*
                                                   Mark G. Boyko

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 6, 2019

IT IS SO ORDERED
Judge Claudia Wilken

Honorable
United States